UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

O'NEILL WILLIAMS,

    Plaintiff,

    v.

HERNANDEZ,

    Defendant.

Case No.  14-cv-02393-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. He has also failed to file a complaint. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, or full payment for the $400.00 filing fee, **and** (2) a complaint. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 2, 2014



WILLIAM H. ORRICK
United States District Judge